TORKILDSON, KATZ,
HETHERINGTON, HARRIS
& KNOREK
Attorneys at Law, A Law Corporation

J. GEORGE HETHERINGTON     2241-0
(jgh@torkildson.com)
BRIAN W. TILKER            9684-0
(bwt@torkildson.com)
JACOB A. KAMSTRA          11133-0
(jak@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Plaintiffs
HAWAII IRON WORKERS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII IRON WORKERS HEALTH AND WELFARE TRUST FUND, by its trustees, Clyde Eugenio, Shon T.G.P. Moea'i, Lincoln P. Naiwi, Jr., Joseph V. O'Donnell, Melvin Kahele, Bronson Paris, Lincoln Naiwi, Sr., Edson Hoo, Todd Kawika Chun, Branden Chun, Douglas F. Ewart, Gaylord Lovell, Henry Takahashi, Steve Dennison, John Watanabe; HAWAII IRON WORKERS ANNUITY TRUST FUND, by its trustees, Thomas G. Paris, Lincoln Naiwi, Sr., Joseph V. O'Donnell, Arnold Wong, Marmion Kaopua, Joseph Wong, Douglas F. Ewart, Branden Chun, Gaylord Lovell, Edson Hoo, Todd Kawika Chun, Steve Dennison; HAWAII IRON WORKERS STABILIZATION FUND, by its trustees, | CIVIL NO. CV 20-00413 JMS-RT<br><br>STIPULATED JUDGMENT<br><br><br><br><br><br>Judge: The Honorable J. Michael Seabright<br><br>No Trial Date Set<br><br>(*Caption Continues*) |

2766340

Lincoln Naiwi, Sr., Joseph V. O'Donnell, Edson Hoo, John Watanabe; HAWAII IRON WORKERS PENSION TRUST FUND, by its trustees, Thomas G. Paris, Glenn D. Eugenio, Melvin Kahele, Shon T.G.P. Moea'i, Joseph V. O'Donnell, Bronson Paris, Todd Kawika Chun, Branden Chun, Dennis Enomoto, Douglas F. Ewart, Edson Hoo, Steve Dennison; HAWAII IRON WORKERS TRAINING TRUST FUND, by its trustees, Clyde Eugenio, Shon T.G.P. Moea'i, Lincoln P. Naiwi, Jr., Joseph V. O'Donnell, Melvin Kahele, Bronson Paris, Lincoln Naiwi, Sr., Edson Hoo, Todd Kawika Chun, Branden Chun, Douglas F. Ewart, Gaylord Lovell, Henry Takahashi, Steve Dennison, John Watanabe; HAWAII IRON WORKERS VACATION & HOLIDAY TRUST FUND, by its trustees, Clyde Eugenio, Shon T.G.P. Moea'i, Lincoln P. Naiwi, Jr., Joseph V. O'Donnell, Melvin Kahele, Bronson Paris, Lincoln Naiwi, Sr., Edson Hoo, Todd Kawika Chun, Branden Chun, Douglas F. Ewart, Gaylord Lovell, Henry Takahashi, Steve Dennison, John Watanabe;

    Plaintiffs,
 v.

PARADISE REINFORCING, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENT AGENCIES 1-10; DOE TRUSTS 1-10,

    Defendants.

## STIPULATED JUDGMENT

This Stipulated Judgment is entered into by and between Plaintiffs Trustees of the HAWAII IRON WORKERS HEALTH AND WELFARE TRUST FUND, HAWAII IRON WORKERS ANNUITY TRUST FUND, HAWAII IRON WORKERS STABILIZATION FUND, HAWAII IRON WORKERS PENSION TRUST FUND, HAWAII IRON WORKERS TRAINING TRUST FUND, and HAWAII IRON WORKERS VACATION & HOLIDAY TRUST FUND ("Plaintiffs"), by and through their undersigned counsel, and Defendant PARADISE REINFORCING, INC. ("Defendant"), by and through its undersigned counsel.  Plaintiffs and Defendant have agreed to resolve this matter through the entry of this Stipulated Judgment.  Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of Plaintiffs and against Defendant in the amount of Ninety-Three Thousand Five Hundred Ninety-Five and 21/100 Dollars ($93,595.21), which is comprised of liquidated damages for the reporting period September 2015 until and including December 2020:

Upon entry of this Stipulated Judgment, post-judgment interest at the statutory rate of ten percent (10%) per annum shall apply.

This Stipulated Judgment is entered pursuant to full and fair negotiations between the parties.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over the parties to enforce this Stipulated Judgment for 180 days after the entry of this Stipulated Judgment.

This is the final judgment and there are no other claims pending by or against any party.

DATED:  Honolulu, Hawaii, May 17, 2021.

| | |
|---|---|
| TORKILDSON, KATZ, MOORE, HETHERINGTON & HARRIS, Attorneys at Law, A Law Corporation | PARADISE REINFORCING, INC. |
| */s/ Brian W. Tilker* <br> J. GEORGE HETHERINGTON <br> BRIAN W. TILKER <br> JACOB A. KAMSTRA <br> Attorneys for Plaintiffs <br> Hawaii Iron Workers Trust Funds | */s/ Regan M. Iwao* <br> REGAN M. IWAO <br><br> Attorney for Defendant <br> Paradise Reinforcing, Inc. |

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, May 18, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Hawaii Iron Workers Health and Welfare Trust Fund, et al., v. Paradise Reinforcing, Inc., et al.*; Civil No. CV 20-00413 JMS-RT; Stipulated Judgment